**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01545-CV

## IN THE MATTER OF DEMPSTER A. ROSS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

## ORDER

By notice of appeal filed December 17, 2019, appellant challenges the denial of his petition for expunction. The trial court clerk has informed the Court, however, that while a docket sheet entry has been made reflecting the petition has been denied, no order denying the petition has yet been signed.

A docket sheet entry reflecting the trial court's ruling does not invoke our jurisdiction. *See Bryan v. Watumull*, 230 S.W.3d 503, 507 n.2 (Tex. App.—Dallas 2007, pet. denied) ("The general rule is that a docket entry forms no part of the record which may be considered; it is a memorandum made for the clerk's and trial court's convenience.") (citations omitted). Because a final judgment or appealable interlocutory order is fundamental to our jurisdiction, we **ORDER** appellant to file, no later than March 2, 2020, a letter brief addressing our concern. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellees may file any response

within ten days of the filing of appellant's letter brief. If any party relies on information not included in the clerk's record, that party shall have filed a supplemental clerk's record.

Until the Court determines the threshold issue of jurisdiction, the reporter's record need not be filed. The Court will set a new deadline for the filing of the record should it determine it has jurisdiction over the appeal. Should the Court determine it lacks jurisdiction, the Court will dismiss the appeal without further notice. *See* TEX. R. APP. P. 42.3(a). The Court may also dismiss the appeal without further notice should appellant fail to file the requested letter brief. *See id.* 42.3(a),(c).

We **DIRECT** the Clerk of the Court to send appellant a copy of the clerk's record and February 6, 2020 letter from the trial court clerk. We further **DIRECT** the Clerk of the Court to send a copy of this order to the reporter and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE